IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of: | CASE NO. 2:11-sw-333-KJN |
| 9375 BRENTON COURT, ELK GROVE, CALIFORNIA, 95624 | ORDER GRANTING EXTENSION OF TIME |

Good cause appearing, the Court hereby orders that the United States may have an additional 60 days, until February 18, 2012, to complete the review of the digital devices seized pursuant to that above-captioned search warrant for evidence, contraband, fruits, and instrumentalities of crimes, as described more particularly in the affidavit and search warrant 2:11-sw-333-KJN.

Date: 12-19-2011

The Honorable Edmund F. Brennan
United States Magistrate Judge

1